MICHAEL BAILEY
United States Attorney
District of Arizona
COREY J. MANTEI
Assistant U.S. Attorney
State Bar No. 029685
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: corey.mantei@usdoj.gov
Attorneys for Plaintiff

2020 OCT 28 P 4: 29

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-02241 TUC-SHR(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Andres Eugenio Mendoza-Marquez,<br><br>　　　　　Defendant. | **I N D I C T M E N T**<br><br>Violations:<br>21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Fentanyl)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 2<br><br>21 U.S.C. § 963<br>(Conspiracy to Import Fentanyl)<br>Count 3<br><br>21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(1)(F)<br>(Importation of Fentanyl)<br>Count 4 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning at a time unknown, to on or about August 30, 2020, in the District of Arizona, ANDRES EUGENIO MENDOZA-MARQUEZ did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 400 grams or more of a mixture or substance

containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about August 30, 2020, in the District of Arizona, ANDRES EUGENIO MENDOZA-MARQUEZ did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT 3

Beginning at a time unknown, to on or about August 30, 2020, in the District of Arizona, ANDRES EUGENIO MENDOZA-MARQUEZ did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(F).

All in violation of Title 21, United States Code, Section 963.

## COUNT 4

On or about August 30, 2020, in the District of Arizona, ANDRES EUGENIO MENDOZA-MARQUEZ did knowingly and intentionally import into the United States from the Republic of Mexico 400 grams or more of a mixture or substance containing a

1  detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21,
2  United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(F).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Date:
OCT 28 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/ S /

COREY J. MANTEI
Assistant U.S. Attorney